UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MATTHEW MICHAEL DUPRE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-1847** |
| **SHERIFF CRAIG WEBRE, ET AL.** | **SECTION: "A"(1)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint be **DISMISSED WITH PREJUDICE** for failure to prosecute.

**IT IS FURTHER ORDERED** that the motions to dismiss, Rec. Docs. 6 and 15, be **DENIED AS MOOT**.

March 31, 2022

_____
**UNITED STATES DISTRICT JUDGE**